**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*,
Mike Robson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIKE ROBSON,**<br><br>Plaintiff,<br><br>v.<br><br>**GALAXY PORTFOLIOS, LLC; AND, LAW OFFICES OF ROBERT J. COLCLOUGH, III,**<br><br>Defendants. | **Case No.:** CV16-4546 PA (AJWx)<br><br>**PLAINTIFF MIKE ROBSON'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (A)**<br><br>**HON. PERCY ANDERSON** |

///
///
///
///

---

**PLAINTIFF MIKE ROBSON'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)**

Plaintiff MIKE ROBSON ("Plaintiff") hereby moves to dismiss this Action with prejudice pursuant to the Parties' Settlement Agreement.

Plaintiff respectfully requests the Action be dismissed WITH PREJUDICE with each Party to bear its own attorneys' fees and costs.

Date: September 8, 2016                    **KAZEROUNI LAW GROUP, APC**

                                         By: ___/s/ Matthew M. Loker___
                                              MATTHEW M. LOKER, ESQ.
                                              ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Plaintiff's Request for Voluntary Dismissal* has been filed this 8th day of September, 2016, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                    ___/s/ Matthew M. Loker___
                                                         Matthew M. Loker

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626